# Court of Appeals
## Tenth Appellate District of Texas

10-25-00195-CV

David Bradley Williams,
Appellant

v.

Valicity Kim Vigil,
Appellee

On appeal from the
County Court at Law No. 2 of Johnson County, Texas
Judge F. Steven McClure, presiding
Trial Court Cause No. CC-D20250096

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, David Bradley Williams, filed an appeal of a protective order signed on June 16, 2025. In the docketing statement filed with this Court, Appellant stated that he had not made arrangements to pay for the clerk's record, but did not indicate if one had been requested. Appellant affirmatively stated that he is not indigent in the docketing statement.

On August 26, 2025, this Court was informed by the trial court clerk that the Appellant had not paid or made arrangements to pay for the clerk's record. That same day, the Clerk of this Court issued a letter to Appellant to advise him that the clerk's record had not been filed due to his failure to pay for or to make arrangements to pay for the record. Appellant was also informed that he should pay for or make arrangements to pay for the record and inform this Court that he had done so on or before Tuesday, September 16, 2025. Appellant was further advised that the failure to comply with the Clerk's letter might result in the dismissal of the appeal for want of prosecution.

Appellant did not comply with the letter from the Clerk regarding making the payment for the clerk's record, and the clerk's record has not been filed with this Court. Therefore, this appeal is dismissed for want of prosecution and for failing to comply with a requirement of "a notice from the clerk requiring a response or other action within a specified time." *See* TEX. R. APP. P. 37.3(b); 42.3(c).

 

 

 

———————————————————
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  September 25, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
CV06

